**Order entered June 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00917-CR

### MAXIMO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-33935-Y**

## ORDER

On April 24, 2013, this court ordered court reporter Sharon Hazlewood to file, within **FIFTEEN DAYS**, a supplemental record that contains properly marked State's Exhibits, as follows:

- State's Exhibit no. 1: DVD of the in-car police video;

- State's Exhibit nos. 2 through 7: Police forms used in DWI cases;

- State's Exhibit no. 8: SWIFS toxicology report;

- State's Exhibit no. 9: Fingerprint card of appellant;

- State's Exhibit nos. 10 and 11: Judgments for prior convictions from Travis County;

- State's Exhibit no 12: Appellant's Texas DPS record (redacted);

- State's Exhibit no. 12A: Appellant's Texas DPS record (unredacted);

- State's Exhibit no. 13: Appellant's fingerprint card;

- State's Exhibit no. 14: Pen packet for F99-20555;

- State's Exhibit no. 15: Mandate and judgment for F99-20555; and

- State's Exhibit no. 21: Dallas County criminal docket sheet for driving while license suspended.

To date, Ms. Hazlewood has neither filed the supplemental record nor communicated with the Court regarding the status of that record. The appeal cannot proceed until the supplemental record is received.

Accordingly, this Court **ORDERS** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **TEN DAYS** of the date of this order, a supplemental record that contains properly marked State's Exhibits, as set out above. No further extensions will be granted. If Ms. Hazlewood does not file the supplemental record within the time specified, we will order that she not sit as a court reporter until the supplemental record with the properly marked exhibits is filed in this appeal.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE